**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO.
   3:04CR00138 (JCH)
LEE A. MITCHELL,
   Defendant.
   MARCH 31, 2008

## AMENDED ORDER TO SHOW CAUSE

In light of a projected release date of May 5, 2008, if the defendant were resentenced as suggested in the Probation Officer's Supplemental Presentence Report, to which government concurred in its Notice, the government must file any reply to defendant's filing (due on April 4, 2008) no later than April 8, 2008.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 31st day of March, 2008.

　　　　　　　　　　　　　　　　　　　　/s/ Janet C. Hall
　　　　　　　　　　　　　　　　　　　Janet C. Hall
　　　　　　　　　　　　　　　　　　　United States District Court